**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of January, two thousand twenty-six,

_____

| | |
|---|---|
| United States of America, | **ORDER** |
| Appellee, | Docket No. 25-2907 |
| v. | |
| Angel Borrero, AKA Chi Chi, Josue Romero, AKA Sway, Reynaldo Diaz, AKA Rey, Anthony Pena, AKA Tony, Michael Rivas, | |
| Defendants, | |
| Ricardo Estrada, AKA Rick, | |
| Defendant - Appellant. | |

_____

Counsel for Appellant Ricardo Estrada has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting May 01, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before May 01, 2026. If the brief is not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court