GEORGIA J. HINDE
ATTORNEY AT LAW
228 PARK AVENUE SOUTH
SUITE 33276
NEW YORK, NEW YORK 10003-1502

———

(212) 727-2717
TELEFAX: (212) 727-2627

May 1, 2026

FOR FILING UNDER SEAL
Mr. Oscar Rivas
Deputy Clerk and Case Manager
United States Court of Appeals
  for the Second Circuit
40 Centre Street, Room 150
New York, NY 10007

Re: United States v. Ricardo Estrada, Docket No. 25-2907

Dear Mr. Rivas:

As counsel to the appellant Ricardo Estrada, I respectfully submit the enclosed four copies of his final presentence report dated November 3, 2025, three addenda to earlier disclosures of the presentence report dated August 11, 2025, August 29, 2025, and October 23, 2025, and the district court's statement of reasons dated November 25, 2025. As each is a confidential document that is not a part of the district court's public files, I respectfully request that the Court similarly maintain these copies under seal during the pendency of this appeal. I will also be happy to provide a PDF copy of the documents upon the Court's request.

Thank you for your assistance.

Very truly yours,

/s/

Georgia J. Hinde

Enclosures

cc:  Karen L. Peck, Esq. (by ECF, w/out encl.)
     Assistant U.S. Attorney